**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **CHARLES M. HOLLIS, JR., and** ) | |
| **MELANIE HOLLIS, INDIVIDUALLY** ) | |
| **AND AS NEXT FRIENDS FOR H.H.** ) | |
| **AND C.A.H., TWO MINORS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **VS.** ) | **Docket Number: 3:12cv0137** |
| ) | |
| **CHESTNUT BEND HOMEOWNERS** ) | |
| **ASSOCIATION and WESTWOOD** ) | |
| **PROPERTY MANAGEMENT, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The Law Office of Gary R. Wilkinson, by and through Gary R. Wilkinson, hereby gives notice of its appearance as the attorney and counselor of record for the Defendants, Chestnut Bend Homeowners Association and Westwood Property Management, LLC, and states that this Notice is not a general appearance of the Defendants, as all issues related to service of process, jurisdictional, procedural and/or substantive rights, defenses or contentions, including statutory limitation of actions, are specifically reserved.

The undersigned hereby requests that all notices given or required to be given, and all pleadings served or required to be served, in this case be given to and served upon the undersigned at the address indicated below.

Respectfully submitted,

**LAW OFFICE OF GARY R. WILKINSON**


By:    s/ Gary R. Wilkinson    
             **Gary R. Wilkinson**
             BPRN 011888
             Attorney for Defendants
             51 Century Blvd., Suite 300
             Nashville, TN  37214-3687
             (615) 873-2868


## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that that foregoing document has been served upon all counsel of record for the parties at interest in this cause via the Court's electronic case filing system to the following:

Larry L. Crain
Crain Law Center, LLC
5214 Marilyn Way, Suite 402
Brentwood, TN 37027

Tracey McCartney
Tennessee Fair Housing Court
107 Music City Circle, Suite 318
Nashville, TN 37214

Robert J. Notestine III
109 Kenner Avenue, Suite 201
Nashville, TN 37205


this the 7th day of March, 2012.


s/ Gary R. Wilkinson    
**Gary R. Wilkinson**