UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES M. HOLLIS, JR., and MELANIE HOLLIS, Individually and as Next Friends for H.H. and C.A.H., two minors, )))) | |
| Plaintiffs, ) | Case No. 3:12-cv-0137 |
| ) | Judge Trauger |
| v. ) | |
| CHESTNUT BEND HOMEOWNERS ASSOCIATION and WESTWOOD PROPERTY MANAGEMENT, LLC, )))) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- The defendant's Motion for Summary Judgment (Docket No. 22) is **GRANTED**.

- The plaintiffs' claims are **DISMISSED**.

    It is so **ORDERED.**

    Enter this 24th day of September 2013.

    _____
    ALETA A. TRAUGER
    United States District Judge