# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHARLES M. HOLLIS, JR., and MELANIE HOLLIS, Individually and as Next Friends for H.H. and C.A.H., two minors, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 3:12-cv-0137 |
| | ) Judge Trauger |
| v. | ) |
| CHESTNUT BEND HOMEOWNERS ASSOCIATION and WESTWOOD PROPERTY MANAGEMENT, LLC, | )<br>)<br>) |
| Defendants. | ) |

# ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- The defendant's Motion for Summary Judgment (Docket No. 22) is **GRANTED**.

- The plaintiffs' claims are **DISMISSED**.

It is so **ORDERED.**

Enter this 24th day of September 2013.

_____
ALETA A. TRAUGER
United States District Judge

1